# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Keith Eugene Washington,   Civil No. 10cv02359 MJD/JJK

    Petitioner,

v.   **ORDER**

Warden John King, et al.,

    Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 29, 2010.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated June 29, 2010.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Docket No. 1), is DENIED; and

2. This action is summarily dismissed without prejudice for lack of jurisdiction.

Dated: September 30, 2010

                                            s/ Michael J. Davis
                                            MICHAEL J. DAVIS
                                            United States District Chief Judge